**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00224-CV

**ESMERALDA ESTEVEZ, Appellant**

**V.**

**SELENE FINANCE LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05348-E**

## ORDER

Before the Court is appellant's July 21, 2017 motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief received on July 21, 2017 filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE